

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00470-CR

Sharron Kaye **LANDRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 369917
The Honorable Monica A. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 12, 2013.

_____
Catherine Stone, Chief Justice